B18 (Official Form 18) (12/07)

# United States Bankruptcy Court

Northern District of Illinois

**Case No. 15−11828**

**Chapter 7**

In re: Debtor (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

   Vonkesha A. Brown
   2246 S 19th Ave
   Broadview, IL 60155−3940

Social Security / Individual Taxpayer ID No.:
   xxx−xx−8204

Employer Tax ID / Other nos.:

## DISCHARGE OF DEBTOR

     It appearing that the debtor is entitled to a discharge, **IT IS ORDERED:** The debtor is granted a discharge under section 727 of title 11, United States Code, (the Bankruptcy Code).

FOR THE COURT

Dated: <u>July 14, 2015</u>　　　　　　　　　　　<u>Jeffrey P. Allsteadt, Clerk</u>
　　　　　　　　　　　　　　　　　　　　　United States Bankruptcy Court

**SEE THE BACK OF THIS ORDER FOR IMPORTANT INFORMATION.**

B18 (Official Form 18) (12/07) – Cont.

# EXPLANATION OF BANKRUPTCY DISCHARGE
# IN A CHAPTER 7 CASE

This court order grants a discharge to the person named as the debtor. It is not a dismissal of the case and it does not determine how much money, if any, the trustee will pay to creditors.

**Collection of Discharged Debts Prohibited**

The discharge prohibits any attempt to collect from the debtor a debt that has been discharged. For example, a creditor is not permitted to contact a debtor by mail, phone, or otherwise, to file or continue a lawsuit, to attach wages or other property, or to take any other action to collect a discharged debt from the debtor.*[In a case involving community property:* There are also special rules that protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.] A creditor who violates this order can be required to pay damages and attorney's fees to the debtor.

However, a creditor may have the right to enforce a valid lien, such as a mortgage or security interest, against the debtor's property after the bankruptcy, if that lien was not avoided or eliminated in the bankruptcy case. Also, a debtor may voluntarily pay any debt that has been discharged.

**Debts That are Discharged**

The chapter 7 discharge order eliminates a debtor's legal obligation to pay a debt that is discharged. Most, but not all, types of debts are discharged if the debt existed on the date the bankruptcy case was filed. (If this case was begun under a different chapter of the Bankruptcy Code and converted to chapter 7, the discharge applies to debts owed when the bankruptcy case was converted.)

**Debts that are Not Discharged.**

Some of the common types of debts which are not discharged in a chapter 7 bankruptcy case are:

a. Debts for most taxes;

b. Debts incurred to pay nondischargeable taxes (in a case filed on or after October 17, 2005);

c. Debts that are domestic support obligations;

d. Debts for most student loans;

e. Debts for most fines, penalties, forfeitures, or criminal restitution obligations;

f. Debts for personal injuries or death caused by the debtor's operation of a motor vehicle, vessel, or aircraft while intoxicated;

g. Some debts which were not properly listed by the debtor;

h. Debts that the bankruptcy court specifically has decided or will decide in this bankruptcy case are not discharged;

i. Debts for which the debtor has given up the discharge protections by signing a reaffirmation agreement in compliance with the Bankruptcy Code requirements for reaffirmation of debts; and

j. Debts owed to certain pension, profit sharing, stock bonus, other retirement plans, or to the Thrift Savings Plan for federal employees for certain types of loans from these plans (in a case filed on or after October 17, 2005).

**This information is only a general summary of the bankruptcy discharge. There are exceptions to these general rules. Because the law is complicated, you may want to consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court
Northern District of Illinois

In re:  
Vonkesha A. Brown  
    Debtor

Case No. 15-11828-JSB  
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0752-1      User: admin      Page 1 of 2      Date Rcvd: Jul 14, 2015  
                               Form ID: b18      Total Noticed: 34

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 16, 2015.

```
db              Vonkesha A. Brown,    2246 S 19th Ave,   Broadview, IL   60155-3940
23129199       +ARNOLD SCOTT HARRIS,    111 WEST JACKSON BLVD  SUITE   600,   Chicago, IL 60604-3517
23129200        Arnoldharris,    111 W Jackson Blvd Apt B,    Chicago, IL 60604-3589
23129197        Brown Vonkesha A,    2246 S 19th Ave,   Broadview, IL   60155-3940
23129206        COMCAST,    PO Box 3002,   Southeastern, PA   19398-3002
23129201        Cannon; Bernetta~ Cannon; Sylvester,    5163 W Wabansia Ave,    Chicago, IL   60639-4440
23129202        Cary G. Schiff & Assoc,    134 N La Salle St # 1720,    Chicago, IL   60602-1005
23129203        Circuit Court of Cook County, IL,    50 W Washington St Rm 1001,    Chicago, IL  60602-1316
23129204       +Circuit Court of Cook County, IL,    50 W Washington St Rm 1004,    Chicago, IL  60602-1367
23147188       +City Of Chicago Department of Revenue,    c/o Arnold Scott Harris P.C.,    111 W Jackson Ste 600,
                 Chicago, IL 60604-3517
23129205       +City of Chicago-Parking Legal,    121 N. LaSalle St. Room 107 Bankruptcy,
                 Chicago, IL 60602-1232
23129208        Cook County Circuit Court,    50 W Washington St Rm 1001,    Chicago, IL  60602-1316
23129198        Heller & Richmond Ltd,    33 N Dearborn St Ste 1907,    Chicago, IL   60602-3828
23129211        Illinois Collection SE,    8231 185th St Ste 100,    Tinley Park, IL   60487-9356
23129212        Illinois Collection Service/Ics,    Illinois Collection Service,    PO Box 1010,
                 Tinley Park, IL 60477-9110
23129214        Mci,    CAS Dept,    500 Technology Dr,    Weldon Spring, MO   63304-2225
23129213        Mci,    500 Technology Dr Ste 30,    Weldon Spring, MO   63304-2225
23129216        NORDSTROM FSB,    1600 7th Ave Ste 2600,    Seattle, WA   98101-2284
23129215        New Ogden Milwaukee,    800 N Milwaukee Ave,    Chicago, IL   60642-4103
23129217        Ntl Acct Srv,    1246 University Ave W,    Saint Paul, MN   55104-4125
23129220        SMITH Law Firm,    203 N La Salle St Ste 2100,    Chicago, IL   60601-1226
23129218        Secretary of State,    Driver's Services Department,    2701 S Dirksen Pkwy,
                 Springfield, IL 62723-1000
23129219        Sentry Credt,    2809 Grand Ave,    Everett, WA   98201-3417
23129221        Sorman Frankel, Ltd.,    180 N La Salle St Ste 2700,    Chicago, IL   60601-2709
23129222       +Stellar Recovery Inc,    4500 Salisbury Rd Ste 10,    Jacksonville, FL 32216-8035
23129224        U of I E/R,    1740 W Taylor St,    Chicago, IL   60612-7232
23129226       +West Suburban Hospital,    3 Erie Ct,    Oak Park, IL 60302-2599
23129227        Wolcott Real Prope,    1238 E 46th St,    Chicago, IL   60653-4502
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.

```
tr             +EDI: QJABALDI.COM Jul 15 2015 01:18:00      Joseph A Baldi, Tr,   Baldi Berg, Ltd.,
                 20 N. Clark Street, Ste. 200,    Chicago, IL 60602-4120
23129207        EDI: CONVERGENT.COM Jul 15 2015 01:19:00      Convergent Outsourcing,    800 SW 39th St,
                 Renton, WA 98057-4975
23129209        EDI: CONVERGENT.COM Jul 15 2015 01:19:00      Er Solutions/Convergent Outsourcing, Inc,
                 PO Box 9004,   Renton, WA 98057-9004
23129210       +EDI: AMINFOFP.COM Jul 15 2015 01:18:00      First Premier Bank,    601 S Minnesota Ave,
                 Sioux Falls, SD 57104-4868
23129223        EDI: AISTMBL.COM Jul 15 2015 01:18:00      T-Mobile USA,    T-Mobile Bankruptcy,    PO Box 37380,
                 Albuquerque, NM 87176-7380
23129225       +E-mail/Text: BKRMailOps@weltman.com Jul 15 2015 01:44:57      Weltman Weinberg & Reis,
                 180 N. LaSalle Street Suite 2400,    Chicago, IL 60601-2704
                                                                                               TOTAL: 6
```

                   ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 16, 2015                                         Signature:    /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
District/off: 0752-1          User: admin              Page 2 of 2              Date Rcvd: Jul 14, 2015
                              Form ID: b18             Total Noticed: 34
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 14, 2015 at the address(es) listed below:

        Joseph A Baldi, Tr    jabaldi@baldiberg.com,   jbaldi@ecf.epiqsystems.com;jmanola@baldiberg.com
        Michael R Richmond    on behalf of Debtor Vonkesha A. Brown mrichmond@hellerrichmond.com, G10227@notify.cincompass.com
        Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
        Thomas N Auwers    on behalf of Debtor Vonkesha A. Brown tauwers@hellerrichmond.com

        TOTAL: 4